IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAFIQ RASUL, *et al.* | )<br>)<br>) |
| Petitioners, | )<br>)<br>) |
| v. | ) Civil Action No. 02-CV-0299 (CKK)<br>) |
| GEORGE WALKER BUSH,<br>    President of the United States,<br>    *et al.,* | )<br>)<br>)<br>) |
| Respondents. | )<br>) |
| FAWZI KHALID ABDULLAH FAHAD<br>    AL ODAH, *et al.* | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 02-CV-0828 (CKK)<br>) |
| UNITED STATES OF AMERICA,<br>    *et al.,* | )<br>)<br>)<br>) |
| Defendants. | )<br>) |
| MAMDOUH HABIB, *et al.* | )<br>)<br>) |
| Petitioners, | )<br>)<br>) |
| v. | ) Civil Action No. 02-CV-1130 (CKK)<br>) |
| GEORGE WALKER BUSH,<br>    President of the United States,<br>    *et al.,* | )<br>)<br>)<br>) |
| Respondents. | )<br>) |

|  |  |  |
|---|---|---|
| MURAT KURNAZ, *et al.* | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 04-CV-1135 (ESH) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |
| OMAR KHADR, *et al.* | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 04-CV-1136 (JDB) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |
| MOAZZAM BEGG, *et al.* | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 04-CV-1137 (RMC) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |

| | | |
|---|---|---|
| MOURAD BECHELLALI, *et al.* | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 04-CV-1142 (RJL) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| JAMIL EL-BANNA, *et al.* | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 04-CV-1144 (RWR) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| FALEN GHEREBI, *et al.* | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 04-CV-1164 (RBW) |
| GEORGE WALKER BUSH,<br><br>*et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |

| | |
|---|---|
| LAKHDAR BOUMEDIENE, *et al.* ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> GEORGE WALKER BUSH, ) <br> President of the United States, ) <br> *et al.*, ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 04-CV-1166 (RJL) |
| SUHAIL ABDUL ANAM, *et al.* ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, ) <br> President of the United States, ) <br> *et al.*, ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 04-CV-1194 (HHK) |

## **ATTORNEY APPEARANCE**

Undersigned counsel, Terry M. Henry, hereby enters his appearance as one of the counsel for respondents in the above-named cases.

Dated: July 23, 2004　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　PETER D. KEISLER
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　KENNETH L. WAINSTEIN
　　　　　　　　　　　　　　　　　　　　United States Attorney

THOMAS R. LEE
Deputy Assistant Attorney General

DAVID B. SALMONS
Assistant to the Solicitor General

ROBERT D. OKUN
D.C. Bar No. 457-078
Chief, Special Proceedings Section
555 Fourth Street, N.W.
Room 10-435
Washington, D.C. 20530
(202) 514-7280

　/s/ Terry M. Henry　　　　　　　　
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.   Room 7144
Washington, DC  20530
Tel.:  (202) 514-4107
Fax:  (202) 616-8470
e-mail: terry.henry@usdoj.gov

Attorneys for Respondents