UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHALED A.F. AL ODAH, Next Friend of Fawzi Khalid Abdullah Fahad Al Odah, *et al.*,<br><br>            Petitioners,<br><br>       v.<br><br>UNITED STATES OF AMERICA,<br><br>            Respondents. | Civil Action No. 02-828 (CKK) |

**ORDER**
(July 23, 2004)

On July 23, 2004, the Court held a teleconference on the record with the parties in this case. As the Court indicated in that conference call, the Court shall set out the following schedule which shall govern the parties' briefing at this stage in the proceedings. Accordingly, it is this 23rd day of July, 2004, hereby

ORDERED that Respondents shall file in writing with the Court by 12:00 noon on Friday, July 30, 2004, (1) all proposed procedures with respect to access to counsel that the Government intends to apply to the Guantanamo Bay detainees and to Petitioners in this case; (2) which proposed procedures will apply to each Petitioner, including proposed monitoring of any of Petitioners' conversations with counsel; and (3) a written response to the Petitioners' underlying petitions for writs of habeas corpus, specifically addressing, among other things, the legal merits of the Government's entitlement to monitor any of Petitioners' conversations with counsel, if that is their proposal; it is further

ORDERED that Petitioners shall file their Response by August 4, 2004, and Respondents shall file their Reply by August 9, 2004; it is further

ORDERED that the Court shall hold a hearing on this matter on August 13, 2004, at 11 a.m.; it is further

ORDERED that the parties shall provide the Court with courtesy copies of each filing, delivered to Chambers; it is further

ORDERED that this timetable is firm.  No extensions will be granted.


                /s/
COLLEEN KOLLAR-KOTELLY
United States District Judge