THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAWZI KHALID ABDULLAH FAHAD AL ODAH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | No. CV 02-0828 (CKK) |

## APPLICATION FOR WRITS OF HABEAS CORPUS

Fawzi Khalid Abdullah Fahad Al Odah, *et al.*, plaintiffs, for purposes of clarifying the record, apply under 28 U.S.C. §§ 2241-2243 for the issuance of writs of habeas corpus on behalf of those plaintiffs presently detained at Guantanamo Bay Naval Base. Alternatively, plaintiffs apply for the issuance of an order directing defendants to show cause on July 30, 2004, why the writs should not be granted. The reasons for this application are set forth in plaintiffs' amended complaint and motion for preliminary injunction entered in the docket on May 9, 2002.

Respectfully submitted,

_____
Thomas B. Wilner (D.C. Bar #173807)
Neil H. Koslowe (D.C. Bar #361792)
Kristine A. Huskey (D.C. Bar #462979)
Jared A. Goldstein (D.C. Bar #478572

SHEARMAN & STERLING LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 508-8000
Facsimile: (202) 508-8100
Attorneys for Plaintiffs

Dated: July 27, 2004