# EXHIBIT A

# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FAWZI KHALID ABDULLAH FAHAD AL ODAH,**<br>   *et al.*,<br>                             **Plaintiffs,**<br><br>              **v.**<br><br>**UNITED STATES OF AMERICA,** *et al.*,<br><br>                            **Defendants.** | )<br>)<br>)<br>)<br>)<br>)  **No. CV 02-0828 (CKK)**<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DEPOSITION AND FED. R. CIV. P. 34 REQUEST

Fawzi Khalid Abdullah Fahad Al Odah, *et al.*, plaintiffs, give notice in accordance with Fed. R. Civ. P. 30(b) and LCvR 30.1 that they will take the deposition of Brigadier General Martin J. Lucenti, Sr., address unknown, Deputy Commander, Joint Task Force Guantanamo Bay, Cuba, upon oral examination on August 9, 2004, beginning at 9:30 A.M., at the offices of Shearman & Sterling LLP, 801 Pennsylvania Avenue, N.W., Washington, D.C. 20004. The testimony shall be recorded by stenographic means and may also be recorded by sound.

Under Fed. R. Civ. P. 30(b)(5) and 34, plaintiffs request that defendants produce the following documents at this deposition:

      1.  A list of the names of all plaintiffs in this action who are detained at Guantanamo Bay Naval Base ("GTMO").

      2.  A list of the names of all plaintiff-detainees in this action who have been determined to be subject to the President's Military Order of November 13, 2001.

      3.  A list of the names of all plaintiff-detainees in this action who have been alleged to have committed an offense in a charge that has been referred to a commission appointed under Department of Defense Military Commission Order No. 1 of March 21, 2002.

4. A *curriculum vitae* for Brigadier General Martin J. Lucenti, Sr., the author of the Declaration of Martin J. Lucenti, Sr. dated July 30, 2004, Exhibit B to defendants' Response to Complaint in Accordance with Court's Order of July 25, 2004 ("Lucenti Dec.").

5. All intelligence files compiled on the plaintiff-detainees in this action, reference to which is made in paragraph 12 of the Lucenti Dec.

6. All documents providing specific details regarding the risk posed and the intelligence possessed by the three plaintiff-detainees in this action referred to in paragraph 14 of the Lucenti Dec., reference to which his made in paragraph 15 of the Lucenti Dec.

7. All documents supporting the assertion in paragraph 16 of the Lucenti Dec. that all plaintiff-detainees in this action possess highly classified information, including but not limited to a list of the names of the officials who classified this information and the dates upon which the classification determinations were made, and all documents containing the highly classified information referred to in paragraph 16 of the Lucenti Dec.

8. All documents supporting the descriptions of the plaintiff-detainees in paragraphs 18, 19, and 20 of the Lucenti Dec.

Respectfully submitted,

_____
Thomas B. Wilner (D.C. Bar #173807)
Neil H. Koslowe (D.C. Bar #361792)
Kristine A. Huskey (D.C. Bar #462979)
Jared A. Goldstein (D.C. Bar #478572

SHEARMAN & STERLING LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 508-8000
Facsimile:  (202) 508-8100
Attorneys for Plaintiffs

Dated: August 2, 2004

2

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FAWZI KHALID ABDULLAH FAHAD AL ODAH,** *et al.,* | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) **No. CV 02-0828 (CKK)** |
| | ) |
| **UNITED STATES OF AMERICA,** *et al.,* | ) |
| | ) |
| **Defendants.** | ) |

## CERTIFICATE OF SERVICE

I certify that today, August 2, 2004, I served plaintiffs' Notice of Deposition and Fed. R. Civ. P. 34 Request upon defendants by causing copies to be transmitted electronically and by facsimile to the following counsel of record for defendants:

> David B. Salmons
> Assistant to the Solicitor General
> Room 5252
> Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C. 20530
>
> Terry M. Henry
> Senior Trial Attorney
> Federal Programs Branch
> Civil Division – Room 7144
> Department of Justice
> 20 Massachusetts Avenue, N.W.
> Washington, D.C. 20530

and by causing copies to be mailed by first-class mail, postage prepaid, to the following counsel for defendants:

3

Peter D. Keisler
Assistant Attorney General
Kenneth L. Wainstein
Interim United States Attorney
Thomas R. Lee
Deputy Assistant Attorney General
David B. Salmons
Assistant to the Solicitor General
Douglas N. Letter
Terrorism Litigation Counsel
Robert D. Okun
Chief, Special Proceedings Section
555 Fourth Street, N.W.
Room 10-435
Washington, D.C. 20530

Joseph H. Hunt
Vincent M. Garvey
Terry M. Henry
Alan S. Modlinger
Andrew I. Warden
Attorneys
Federal Programs Branch
Civil Division – Room 7144
Department of Justice
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530


Neil H. Koslowe
Attorney.