UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SHAFIQ RASUL**, *et al.*, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 02-CV-0299 (CKK) |
| | ) | |
| **GEORGE WALKER BUSH**, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| **FAWZI KHALID ABDULLAH FAHAD AL ODAH**, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 02-CV-0828 (CKK) |
| | ) | |
| **UNITED STATES OF AMERICA**, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| **MAMDOUH HABIB**, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 02-CV-1130 (CKK) |
| | ) | |
| **GEORGE WALKER BUSH**, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

|  |  |  |
|---|---|---|
| **MURAT KURNAZ,** *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | **Civil Action No. 04-CV-1135 (ESH)** |
| **GEORGE W. BUSH,** President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) ) | |
| **O.K.,** *et al.*, | ) ) ) | |
| Petitioners, | ) ) ) | |
| v. | ) ) | **Civil Action No. 04-CV-1136 (JDB)** |
| **GEORGE W. BUSH,** President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) ) | |
| **MOAZZAM BEGG,** *et al.*, | ) ) ) | |
| Petitioners, | ) ) ) | |
| v. | ) ) | **Civil Action No. 04-CV-1137 (RMC)** |
| **GEORGE W. BUSH,** President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) ) | |
| **RIDOUANE KHALID,** *et al.*, | ) ) ) | |
| Petitioners, | ) ) ) | |
| v. | ) ) | **Civil Action No. 04-CV-1142 (RJL)** |
| **GEORGE W. BUSH,** President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) ) | |

|  |  |
|---|---|
| **JAMIL EL-BANNA**, *et al.*, )<br>)<br>Petitioners, )<br>v. )<br>)<br>**GEORGE W. BUSH,** )<br>**President of the United States**, *et al.*, )<br>)<br>Respondents. )<br>_____) | **Civil Action No. 04-CV-1144 (RWR)** |
| **FALEN GHEREBI**, *et al.*, )<br>)<br>Petitioners, )<br>v. )<br>)<br>**GEORGE W. BUSH,** )<br>**President of the United States**, *et al.*, )<br>)<br>Respondents. )<br>_____) | **Civil Action No. 04-CV-1164 (RBW)** |
| **LAKHDAR BOUMEDIENE**, *et al.*, )<br>)<br>Petitioners, )<br>v. )<br>)<br>**GEORGE W. BUSH,** )<br>**President of the United States**, *et al.*, )<br>)<br>Respondents. )<br>_____) | **Civil Action No. 04-CV-1166 (RJL)** |
| **SUHAIL ABDUL ANAM**, *et al.*, )<br>)<br>Petitioners, )<br>v. )<br>)<br>**GEORGE W. BUSH,** )<br>**President of the United States**, *et al.*, )<br>)<br>Respondents. )<br>_____) | **Civil Action No. 04-CV-1194 (HHK)** |

|  |  |  |
|---|---|---|
| **ISA ALI ABDULLA ALMURBATI,** *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | **Civil Action No. 04-CV-1227 (RBW)** |
| **GEORGE W. BUSH,** **President of the United States,** *et al.*, | ) ) ) ) | |
| Respondents. | ) ) | |
| **MAHMOAD ABDAH,** *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | **Civil Action No. 04-CV-1254 (HHK)** |
| **GEORGE W. BUSH,** **President of the United States,** *et al.*, | ) ) ) ) | |
| Respondents. | ) ) | |

|  |  |  |
|---|---|---|
| SALIM AHMED HAMDAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-CV-1519 (JR) |
| | ) | |
| DONALD H. RUMSFELD, | ) | |
| Secretary of Defense, *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**ORDER DENYING JOINT REQUEST TO POSTPONE STATUS CONFERENCE AND GRANTING JOINT MOTION FOR AN ENLARGEMENT OF TIME TO FILE SUBMISSIONS REGARDING THE PROPOSED PROTECTIVE ORDER**

On September 20, 2004, this Court issued an Order requiring counsel for petitioners and respondents to consult and attempt to reach a resolution on most, if not all, protective order issues and to submit jointly on or before October 7, 2004 a proposed protective order. Aware that counsel might not agree on all issues, the Court directed the parties to specify in their filings the points of disagreement and reasons for the conflicting positions. The Court's September 20, 2004 order also set a status conference for October 13, 2004 at 10:00 a.m. to discuss issues relating to the protective order as well as other matters in these coordinated cases.

On October 7, 2004, the deadline for filing the proposed protective order and comments thereto, counsel filed a joint motion seeking an extension of time to file the submission until October 12, 2004. On October 12, 2004, however, counsel for the petitioners in case number 04-cv-1254 (HHK) and for the respondents jointly telephoned chambers and notified the Court's Special Master that they have not yet been able to reach agreement on all protective order issues.

5

As a result, counsel requested to delay the filing of the written submission to October 19 and a postponement of the status conference from October 13 to October 20. Much to the Court's surprise, petitioners' counsel informed the Special Master that in anticipation of a postponement of the status conference, certain counsel had already cancelled their plans to travel to Washington for the September 13 conference. Counsel added, however, that travel plans could be quickly reinstated in the event that the Court denied the joint request for postponement.

It appearing that counsel for petitioners and respondents are making progress in their negotiation of protective order issues, it is hereby

ORDERED that the deadline for filing a proposed protective order and comments thereto shall be extended to October 19, 2004. No further extensions shall be granted.

In the interest of a timely resolution of these cases, it is further

ORDERED that the joint request for postponement of the status conference is DENIED. The status conference will proceed as originally scheduled on October 13, 2004 at 10:00 a.m in Courtroom 2. Counsel shall be prepared to discuss the status of the negotiations regarding the protective order as well as other matters at issue in these coordinated cases. Should it appear appropriate, the Court will schedule an additional status conference after the filing of the written submission concerning the proposed protective order. It is further

ORDERED that it is counsel's responsibility to provide immediate notice to all counsel, especially those who may have cancelled their travel plans in anticipation of a postponement of

the status conference, of the issuance of this Order.

IT IS SO ORDERED.

October 12, 2004                                       _____/s/_____
                                                                JOYCE HENS GREEN
                                                              United States District Judge