# IN THE UNITED STATES COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FAWZI KHALID ABDULLAH FAHAD AL ODAH,** et al., ) ) ) **Plaintiffs-Petitioners,** ) ) v. ) ) **UNITED STATES OF AMERICA, et al.,** ) ) **Defendants-Respondents** ) | No. CV 02-0828 (CKK) |

## MOTION TO WITHDRAW APPEARANCE

The undersigned counsel, Osman A. Handoo, hereby moves for leave under LCvR 83.6(c) to withdraw as counsel for plaintiffs-petitioners. David J. Cynamon and Matthew J. MacLean of Pillsbury Winthrop Shaw Pittman LLP will continue as counsel for plaintiffs-petitioners. Grant of this motion will not delay trial of the case and is not unfairly prejudicial to any party

Dated: May 8, 2008                Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　Osman A. Handoo (D.C. Bar # 489062)

　　　　　　　　　　　　　　　　PILLSBURY WINTHROP SHAW PITTMAN LLP
　　　　　　　　　　　　　　　　2300 N Street, N.W.
　　　　　　　　　　　　　　　　Washington, D.C. 20037
　　　　　　　　　　　　　　　　Telephone: (202) 663-8000
　　　　　　　　　　　　　　　　Facsimile: (202) 663-8007

400821242v1