# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 05-5117**                                       September Term 2008

                                       02cv00299, 02cv00828,
                                       02cv01130, 04cv01135,
                                       04cv01136, 04cv01137,
                                       04cv01144, 04cv01164,
                                       04cv01194, 04cv01227,
                                       04cv01254

**Filed On:** December 12, 2008

Khaled A. F. Al Odah, Next Friend of Fawzi
Khalid Adbullah Fahad Al Odah, et al.,

    Appellees

    v.

United States of America, et al.,

    Appellants

--------------------------------

Consolidated with 05-5118, 05-5119, 05-5120,
05-5121, 05-5122, 05-5123, 05-5124,
05-5125, 05-5126, 05-5127

    **BEFORE:**    Garland and Brown, Circuit Judges, and Williams, Senior Circuit Judge

### ORDER

Upon consideration of the court's order to show cause filed August 14, 2008; appellants' unopposed motion for leave to file the lodged response out of time; appellants' lodged response to the court's order to show cause; and appellees' response to the court's order to show cause in Nos. 05-5118 and 05-5119, it is

**ORDERED** that the motion for leave to file be granted. The Clerk is directed to file the lodged response to the order to show cause. It is

**FURTHER ORDERED** that the order to show cause be discharged. It is

A true copy:

    United States Court of Appeals
    for the District of Columbia Circuit

By: _____ Deputy Clerk

# United States Court of Appeals
### For The District of Columbia Circuit

**No. 05-5117**                                        **September Term 2008**

---

**FURTHER ORDERED** that Nos. 05-5118, 05-5119, and 05-5122 be dismissed as moot in light of the district court's orders dismissing the habeas cases underlying these appeals. <u>Rasul v. Bush</u>, Civil Action No. 02-299 (D.D.C. Aug. 30, 2007); <u>Habib v. Bush</u>, Civil Action No. 02-1130 (D.D.C. July 16, 2008); <u>Begg v. Bush</u>, Civil Action No. 04-1137 (D.D.C. Jan. 8, 2008). It is

**FURTHER ORDERED** that the district court's order filed January 31, 2005, granting petitioners' motion for access to unredacted factual returns in Civil Action Nos. 02-299, 02-1130, and 04-1137 (D.D.C.), be vacated. It is

**FURTHER ORDERED** that the consolidation of Nos. 05-5118, 05-5119, and 05-5122, with Nos. 05-5117, et al., be terminated.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue forthwith to the district court a certified copy of this order in lieu of formal mandate in Nos. 05-5118, 05-5119, and 05-5122.

<u>**Per Curiam**</u>

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk