UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAWZI KHALID ABDULLAH FAHAD AL ODAH, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES, *et al.*, <br><br> Respondents. | Civil Action No. 02-828 (CKK) |

**ORDER**
(August 24, 2009)

For the reasons set forth in the Court's Classified Memorandum Opinion issued to the parties on this date, it is, this 24th day of August, 2009, hereby

**ORDERED** that Petitioner Fawzi Khalid Abdullah Fahad Al Odah's petition for habeas corpus is DENIED; and it is further

**ORDERED** that the relevant agencies shall complete a classification review of the Court's Classified Memorandum Opinion and shall provide the Court with an Unclassified version within 72 hours of receiving the Court's Classified Memorandum Opinion.

*This is a Final, Appealable Order.*

                                                                        /s/
                                          **COLLEEN KOLLAR-KOTELLY**
                                          United States District Judge