IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FAWZI KHALID ABDULLAH FAHAD AL ODAH, et al., | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | No. CV 02-0828 (CKK) |
| UNITED STATES OF AMERICA, et al., | ) ) | |
| Respondents | ) ) ) | |

**ORDER**

Upon consideration of the motion of Brandon E. Boutelle for leave to withdraw as counsel for Petitioner Al Rabiah in this civil action, it is hereby ORDERED that the motion be and it hereby is GRANTED.

_____
United States District Judge

Dated: Jan. 4, 2010

FILED
JAN - 4 2010
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

401631450v1